# UNITED STATES DISTRICT COURT

for the

State and District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 SEP -2 AM 11:01

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>See Attachment A. | ) ) ) ) ) ) ) | Case No. 16mr594 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___State and___ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___Sept. 5, 2016___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___8/22/2016 8:45 am___   _____
*Judge's signature*

City and state: ___Albuquerque, New Mexico___   ___Laura Fashing, US Magistrate Judge___
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 16MR 594 | Date and time warrant executed: 9-1-16 3:00PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of: SA Alex Rodriguez | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Apple Iphone A1586 - not able to be forensically processed due to password protection.

Toshiba Satellite Computer 1D227 4189 - forensic Image of hard drive

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-2-2016

_____
Executing officer's signature

R Palmiter - Special Agent
Printed name and title

# ATTACHMENT A
# DESCRIPTION OF PROPERTY TO BE SEARCHED

The PROPERTY described as;

A) Apple IPhone model A1586 with International Mobile Equipment Identity (IMEI) 356954068692712
B) Toshiba Satellite computer with serial number 1D227418Q

These items are currently in the possession of The Albuquerque Police Department at The Forensic Science Center, 5350 2nd Street NW, Albuquerque, NM 87107.

# ATTACHMENT B

Items to be searched, seized and analyzed include all evidence, fruits and instrumentalities pertaining to violations of Title 18, United States Code § 1028A – Aggravated Identity Theft and Title 18, United States Code § 1029 – Access Device Fraud, and contained within the devices listed in attachment A.

Records and electronically stored documents that show the communications concerning identity theft and/or fraud/misuse of visas permits and other documents; as well as evidence of Title 18, United States Code § 1029 – Access Device Fraud:

1. Computer hard drives, or other physical objects upon which computer data can be recorded that is called for by this warrant, or that might contain things otherwise called for by this warrant including:
   a. Evidence of who used, owned, or controlled the items described in Attachment A at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence.
   b. Evidence of software that would allow others to control the items described in Attachment A, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software.
   c. Evidence of the lack of such malicious software;
   d. Evidence of the attachment of other storage devices or similar containers for electronic evidence.
   e. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the items described in Attachment A.
   f. Evidence of the times the items described in Attachment A was used.
   g. Passwords, encryption keys, and other access devices that may be necessary to access the items described in Attachment A.
   h. Contextual information necessary to understand the evidence described in this attachment.
   i. Records of internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses.

2. During the course of the search, photographs of the searched property may also be taken to record the condition thereof and/or the location of items therein.